IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Honorable Marcia S. Krieger

Case No. 97-cv-00212-MSK-CBS

EDWARD H. PHILLIPS,

    Plaintiff,

v.

AWH CORPORATION, a Delaware corporation,
HOPEMAN BROTHERS, INC., a Delaware corporation,
and LOFTON CORPORATION, a Delaware corporation,

    Defendants.

---

### ORDER AND NOTICE OF CONTINUED RULE 16 HEARING

---

    This matter is set for a continued Rule 16 hearing on the calendar of Judge Marcia S. Krieger to be held on **August 22, 2005** at **3:00 p.m.** in the United States District Court for the District of Colorado, Courtroom A901, Alfred A. Arraj U.S. Courthouse, 901 19th Street, Denver, Colorado.

    Dated this 15th day of August, 2005.

                                                        **BY THE COURT:**

                                                        */s/ Marcia S. Krieger*
                                                        Marcia S. Krieger
                                                        United States District Judge