IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Honorable Marcia S. Krieger

Case No. 97-cv-00212-MSK-CBS

EDWARD H. PHILLIPS,

    Plaintiff,

v.

AWH CORPORATION, a Delaware corporation,
HOPEMAN BROTHERS, INC., a Delaware corporation,
and LOFTON CORPORATION, a Delaware corporation,

    Defendants.

_____

### ORDER DENYING UNOPPOSED MOTION FOR WITHDRAWAL OF COUNSEL
_____

**THIS MATTER** comes before the Court pursuant to the Plaintiff's Unopposed Motion for Withdrawal of Counsel **(#187)**.

The Plaintiff did not submit a submit a proposed order in WordPerfect (.wpd) or text (.txt) format to chambers by electronic mail. An act which is required by D.C. Colo. ECF Proc. V.L.2. Accordingly, the Motion is **DENIED** without prejudice.

Dated this 23rd day of August, 2005

                                      **BY THE COURT:**

                                      _____

Marcia S. Krieger
United States District Judge