IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Honorable Marcia S. Krieger

Civil Action No. 97-cv-00212-MSK-CBS

EDWARD H. PHILLIPS,

    Plaintiff,

v.

AWH CORPORATION, a Delaware corporation,
HOPEMAN BROTHERS, INC., a Delaware corporation,
and LOFTON CORPORATION, a Delaware corporation,

    Defendants.

_____

### ORDER Re: PLAINTIFF'S WITHDRAWAL OF MOTION FOR CLARIFICATION OF SOME CLAIM TERMS
_____

THIS MATTER comes before the Court upon Plaintiff's Withdrawal of Motion for Clarification of Some Claim Terms **(#226)**. Technically, the notice is not a motion and does not require an order, but to dispose of it for purposes of docket recordkeeping, the Court

**ORDERS** that Plaintiff's Motion for Clarification of Some Claim Terms is deemed withdrawn.

DATED this 13th day of December 2005.

                    **BY THE COURT:**

                    */s/ Marcia S. Krieger*
                    _____

                    Marcia S. Krieger
                    United States District Judge