IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Honorable Marcia S. Krieger

Civil Action No. 97-cv-00212-MSK-CBS

EDWARD H. PHILLIPS,

    Plaintiff,

v.

AWH CORPORATION,
HOPEMAN BROTHERS, INC., and
LOFTON CORPORATION,

    Defendants.
_____

**ORDER SETTING HEARING AND GRANTING, IN PART,
MOTION TO CONTACT JURORS**
_____

    **THIS MATTER** comes before the Court pursuant to the Plaintiff's Motion for Authority to Communicate with Jurors **(# 283)**. The Motion is **DENIED IN PART**, insofar as no counsel shall contact jurors prior to the resolution of the remaining outstanding legal issues and the entry of a final judgment in this action, and **GRANTED IN PART**, insofar as following the entry of a final judgment, all counsel are authorized to contact jurors and need not make a new request for authorization.

    In addition, the Court will conduct a 15-minute, non-evidentiary hearing on **Wednesday, March 22, 2006** at **1:30 p.m.** for the purpose of: (i) identifying the issues remaining for resolution by the Court, (ii) identifying those issues which require evidentiary presentation; (iii)

determining the amount of time needed for any such evidentiary presentation; and (iv) scheduling the appropriate evidentiary hearing. Counsel shall bring their calendars.

Dated this 13th day of March, 2006

**BY THE COURT:**

_____

Marcia S. Krieger
United States District Judge