IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Honorable Marcia S. Krieger

Civil Action No. 97-cv-00212-MSK-CBS

EDWARD H. PHILLIPS,

       Plaintiff,

v.

AWH CORPORATION, a Delaware corporation,
HOPEMAN BROTHERS, INC., a Delaware corporation, and
LOFTON CORPORATION, a Delaware corporation,

       Defendants.

---

## ORDER

---

THIS MATTER is before the Court on the Unopposed Motion for Withdrawal of Counsel

(**#331**).  The Court being fully advised in the foregoing,

**ORDERS** that the Unopposed Motion for Withdrawal of Counsel (**#331**) **is GRANTED**

and James C. Schroeder is allowed to withdraw as attorney of record.

Dated this 11th day of September, 2006

**BY THE COURT:**

_____
Marcia S. Krieger
United States District Judge