## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLORADO
## Magistrate Judge Craig B. Shaffer

| | |
|---|---|
| **Civil Action No.: 97-cv-00212-MSK-CBS** | **FTR** - Reporter Deck - Courtroom A402 |
| **Date: September 6, 2007** | **Courtroom Deputy:** Ben Van Dyke |

EDWARD H. PHILLIPS,  Mark Saliman
　　　　　　　　　　　　　　　　Allen L. Greenberg, via telephone
　　　　　　　　　　　　　　　　John C. Herman
　　　　　　　　　　　　　　　　Shelley B. Don

**Plaintiff,**

v.

AWH CORPORATION, a Delaware corporation,　　No appearances
HOPEMAN BROTHERS, INC.,
a Delware corportaiton, and
LOFTON CORPORATION, a Delaware corporation,

**Defendants.**

**Interested Parties:**

Carl Manthei　　　　　　　　　　　　　　　　Kimberly M. Hult

LaRiviere, Grubman & Payne, LLP　　　　　　　Herbert A. Delap

---

### COURTROOM MINUTES/MINUTE ORDER

**HEARING: STATUS CONFERENCE**
**Court in Session:    1:34 p.m.**
Court calls case. Appearances of counsel. Carl Manthei, Robert Payne, and David LaRiviere are also present for the hearing.

Counsel discuss the status of the case with the Court.

**ORDERED:　The evidentiary hearing set for October 17-19, 2007 is hereby vacated for the
　　　　　　reasons stated on the record.**

**ORDERED:** Counsel shall contact Magistrate Judge Shaffer's chambers within seventy-two (72) hours of a ruling on the Motion to Dismiss for Lack of Subject-Matter Jurisdiction or, in the Alternative, to Decline to Exercise Subject-Matter Jurisdiction Pursuant to 28 U.S.C. § 1367(c) [doc. 411].

Each party shall submit an Updated Confidential Settlement Statement to Magistrate Judge Shaffer **on or before September 20, 2007** outlining the facts and issues in the case and the party's settlement position. In addition, each party shall disclose what it is willing to offer or accept in settlement.

Parties participating in ECF shall e-mail Confidential Settlement Statements, which are fifteen (15) pages or less including attachments, in PDF format to **Shaffer_Chambers@cod.uscourts.gov**. ALL Confidential Settlement Statements that are over fifteen (15) pages including attachments are to be submitted to the court as hard copies and shall be delivered to the office of the Clerk of the Court in an envelope marked "PRIVATE PER MAGISTRATE JUDGE SHAFFER'S ORDERS."

**ORDERED:** Plaintiff, Edward H. Phillips, shall post a three hundred thousand dollar ($300,000.00) surety bond, to be combined with the funds currently held in the Court's registry, or, in the alternative, a $1.2 million surety bond with a motion to release the funds held in the court's registry within ten (10) days.

**ORDERED:** Lienors Carl Mantheir and LaRiviere, Grubman & Payne's Joint Request for a Telephone Status Conference and Motion to Approve Proposed Prehearing Order [filed July 27, 2007; doc. 392] is denied without prejudice.

**ORDERED:** The oral motions to withdraw without prejudice Plaintiff Edward H. Phillip's Motion for Protective Order [filed August 27, 2007; doc. 400] and Plaintiff Edward H. Phillip's Motion for Confidentiality Order [filed August 27, 2007; doc. 401] are granted. The motions are hereby withdrawn without prejudice.

**ORDERED:** Edward H. Phillip's Second Motion for a One Day Extension of Time to Comply with the Magistrate Judge's Order of August 13, 2007 [doc. 408] is denied as mooted by the discussion on the record.

**ORDERED:** The Motion for Reconsideration of Magistrate Judge's August 13, 2007 Order [doc. 411] is denied as mooted by the discussion on the record.

HEARING CONCLUDED.

**Court in Recess:**     3:14 p.m
Total In-Court Time:     01:40