IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Magistrate Judge Craig B. Shaffer**

Civil Action No. 97-cv-00212-MSK-CBS

EDWARD H. PHILLIPS,

    Plaintiff,

v.

AWH CORPORATION,
a Delaware corporation;
HOPEMAN BROTHERS, INC.,
a Delaware corporation; and
LOFTON CORPORATION,
a Delaware corporation,

    Defendants.

## MINUTE ORDER

**ORDER ENTERED BY MAGISTRATE JUDGE CRAIG B. SHAFFER**

    IT IS HEREBY ORDERED that Mr. Manthei's Motion to Preserve Settlement Proceeds, For a Hearing to Determine Value of Attorney's Lien, and to Enforce Attorney's Lien *(doc. no. 348)* is **DENIED**, without prejudice.  Mr. Manthei is advised that he has leave to re-file his motion once a decision on the motion to dismiss *(doc. no. 411)* is entered.

**DATED:**    September 26, 2007