IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Honorable Marcia S. Krieger

Civil Action No. 97-cv-00212-MSK-CBS

EDWARD H. PHILLIPS,

    Plaintiff,

v.

AWH CORPORATION, a Delaware corporation,
HOPEMAN BROTHERS, INC., a Delaware corporation, and
LOFTON CORPORATION, a Delaware corporation,

    Defendants.

## ORDER REGARDING COMPLIANCE WITH RULES

**THIS MATTER** comes before the Court on Edward Phillips' Motion for an Extension of Time to File Reply to the Manthei Response to Plaintiff's Motion to Dismiss for Lack of Subject Matter Jurisdiction or Other Relief (Motion) **(#440)** filed October 16, 2007. The Plaintiff has not sufficiently complied with applicable provisions of the Federal Rules of Civil Procedure or the United States District Court for the District of Colorado Local Rules of Practice dated April 15, 2002, specifically, D.C.COLO.LCivR 7.1(A),

**IT IS THEREFORE ORDERED** that the Motion **(#440)** is **DENIED**, without prejudice.

DATED this 16th day of October, 2007.

                          **BY THE COURT:**

                          *Marcia S. Krieger*

Marcia S. Krieger
United States District Judge