IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Case No.: 97-cv-00212-MSK-CBS

EDWARD H. PHILLIPS,

Plaintiff,

v.

AWH CORPORATION, a Delaware Corporation; HOPEMAN BROTHERS, INC., a Delaware Corporation; and LOFTON CORPORATION, a Delaware Corporation,

Defendants.

___

## ORDER
___

THIS MATTER, having come before the Court on Edward Phillips' Re-Filed Motion for an Extension of Time to File Reply to the Manthei Response to Plaintiff's Motion to Dismiss for Lack of Subject Matter Jurisdiction or Other Relief; and Motion for Clarification or Reconsideration of the Court's October 17, 2007, Order Regarding Compliance with Rules [Docket #444], and the Court having reviewed the Motion and any responses, and being otherwise fully advised:

**IT IS ORDERED THAT THE MOTION (#446) IS GRANTED** and that Edward Phillips is granted an extension of time until and including October 22, 2007, in which to submit his Reply to the Manthei Response to Plaintiff's Motion to Dismiss as a consolidated reply.

DATED this 18th day of October, 2007.

BY THE COURT:

*Marcia S. Krieger*
___

Marcia S. Krieger
United States District Judge