IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Case No.: 97-CV-00212-MSK-CBS

EDWARD H. PHILLIPS,

    Plaintiff,

v.

AWH CORPORATION, a Delaware Corporation; HOPEMAN BROTHERS, INC., a Delaware Corporation; and LOFTON CORPORATION, a Delaware Corporation,

    Defendants.

_____

**ORDER RE: EDWARD PHILLIPS' MOTION TO ACCEPT
LATE FILED REPLY BRIEF [DOCKET #449]**
_____

THIS MATTER, having come before the Court on Edward Phillips' Motion to Accept Late Filed Reply Brief **(#450)**, and the Court having reviewed the Motion and any responses, and being otherwise fully advised:

**IT IS ORDERED** that the Motion is **GRANTED** and that the Reply Brief filed by Edward Phillips on October 23, 2007, at 12:14 a.m. [Docket #449] is deemed timely filed.

DATED this 23rd day of October, 2007.

                                                **BY THE COURT:**

                                                _____

                                                Marcia S. Krieger
                                                United States District Judge