## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLORADO
### Magistrate Judge Craig B. Shaffer

| | |
|---|---|
| **Civil Action No.:** 97-cv-00212-MSK-CBS | **FTR** - Reporter Deck - Courtroom A402 |
| **Date:** February 12, 2008 | **Courtroom Deputy:** Ben Van Dyke |

| | |
|---|---|
| EDWARD H. PHILLIPS, | Mark Saliman |
| | Shelley B. Don |
| **Plaintiff,** | |
| v. | |
| AWH CORPORATION, a Delaware corporation, | No appearances |
| HOPEMAN BROTHERS, INC., | |
| a Delware corportaiton, and | |
| LOFTON CORPORATION, a Delaware corporation, | |
| **Defendants.** | |

**Interested Parties:**

| | |
|---|---|
| Carl Manthei | *Pro se* |
| LaRiviere, Grubman & Payne, LLP | Herbert A. Delap |
| | Chris G. Baumgartner |

### COURTROOM MINUTES/MINUTE ORDER

**HEARING: STATUS CONFERENCE**
**Court in Session:** 10:02 a.m.

Court calls case. Appearances of counsel. Robert Payne and David LaRiviere are also present via telephone for the hearing.

Counsel discuss the status of the case with the Court.

**ORDERED:** Plaintiff's Motion to Stay Consideration of Lienor's Motion to Preserve Settlement Proceeds, for a Hearing to Determine Value of Attorney's Lien and to Enforce Attorney's Lien [filed April 17, 2007; doc. 357] is denied without prejudice for the reasons stated on the record.

**ORDERED:** The Motion by Lienor LaRiviere, Grubman & Payne, LLP to Enforce Attorney's Lien [filed April 20, 2007; doc. 362] is denied without prejudice for the reasons stated on the record.

<u>**SETTLEMENT CONFERENCE**</u>  is set for **March 28, 2008 at 9:00 a.m.**
Attorney(s) and Client(s)/Client Representative(s), including an adjustor if an insurance company is involved, with full settlement authority **are to be present in person** for the Settlement Conference.

Each party shall submit an Updated Confidential Settlement Statement to Magistrate Judge Shaffer **on or before February 25, 2008** outlining the facts and issues in the case and the party's settlement position.  In addition, each party shall disclose what it is willing to offer or accept in settlement.

Parties participating in ECF shall e-mail Confidential Settlement Statements, which are fifteen (15) pages or less including attachments, in PDF format to **Shaffer_Chambers@cod.uscourts.gov**.  ALL Confidential Settlement Statements that are over fifteen (15) pages including attachments are to be submitted to the court as hard copies and shall be delivered to the office of the Clerk of the Court in an envelope marked "PRIVATE PER MAGISTRATE JUDGE SHAFFER'S ORDERS."

HEARING CONCLUDED.

**Court in recess:**     **10:58 a.m.**
Total time in court:    00:56